UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MORROBEL CANELO, B.D.,

v.

STATE OF RHODE ISLAND,

PROVIDENCE POLICE DEPARTMENT,

MAYOR OF THE CITY OF PROVIDENCE,

CHIEF OF PROVIDENCE POLICE DEPARTMENT,

JOHN LOUGH, PROVIDENCE POLICE OFFICER.

UNITED STATES DISTRICT COURT

C.A. NO. CA 06 147 T

CIVIL RIGHTS COMPLAINT

This is a civil action filed pursuant to 42 USCA 1983 by the Plaintiff, Morrobel Canelo, B.D., an inmate at the Rhode Island Department of Corrections, in Cranston, Rhode Island, alleging violations of his constitutional rights by the named Defendant's. The plaintiff is seeking declaratory judgment, compensatory and punitive damages and injunctive relief. The Plaintiff seeks trial by jury.

JURISDICTION

1. This is a civil rights action pursuant to 42 USCA 1983. This Court has jurisdiction under 28 USCA 1331 and 1342(3). The Plaintiff also invokes the pendent jurisdiction of this Court to decide and hear matters relating to state law, as well as claims relating to policies and practices of the Providence Police Department.

PARTIES

2. The Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections, in Cranston, Rhode Island. He is presently housed and classified to the Medium Security Facility.

3. Mayor John Doe, is the Mayor of the city of providence in the state of Rhode Island. He is sued in his official and individual capacity.

4. Chief of Police John Doe, is the Chief of the Providence Police Department of the city of Providence in the state of Rhode Island. He is sued in official and individual capacity.

5. Providence Police Officer John Lough, is an Officer of the city of Providence, Rhode Island. He is sued in his official and individual capacity.

FACTS

On March 18, 2003, I had received a car accident settlement in New York City, New York state. I had cashed it on the 20th of March, 2003. I had called my sons in Providence, Rhode Island to inform them I was coming to Rhode Island from New York city to buy my son his first car at the auction show that Saturday morning March 22nd, 2003. I was working at Riverbay Corporation as a diamond cutter and my last day of employment was March 21st,2003. My son Braulio R. Lempitsky had made several phone calls to my house rushing me to leave to Providence. Although I had to take care of some last minute choirs, I had to make payments for parking tickets I owed to the state of New York. I left New York city the South Bronx at approximately 11:00 PM, with apparently thirtteen thousand and eight hundred dollars ($13,800.00) in which twelve thousand of that was secured in a fanny bag around my waist line. I have a copy of the settlement check and a letter of my

dates of implyment as proof. That my intentions were to spend the large amount of cash on my sons first car. I was going to buy a car in the state of Rhode Island so my son did not have to walk to school. I arrived in the city of Providence, in the state of Rhode Island at 3:37 AM and it was a long drive. I wanted to buy some liquor to help me relax and settle down, and celebrate. So I asked two gentlemen on Broad Street where there was a liquor store of some sort, because, every liquor store it seemed was closed in Rhode Island. I was not use to the liquor stores being closed, they are open tewntyfour hours a day and seven days a week in the state of New York. The two gentlemen took me to this after hour place but, we were near my sons house so, we picked them up. I wanted a small bottle but, but I was told that we can only drink inside in which I agreed. At around an hour later I decided to leave because the place was getting packed with just men arriving so I, got a little nervous because I was carrying a large sum of money. I had spent nearly four hundred dollors ($400.00) in there that early in the morning. On our way out the back door, which was the way we came in from, I was told to use the front door, they let my sons out first, but, then I was held and was being harassed by these individuals in which, they pointed a gun to the back of my head and ripped the fanny bag off waist. Thanks be to God and to United States Navy training in which I am a combat war veteran of the Persian Gulf War of 1990, I was able to combat these nine (9) individuals and I was also able to grab hold of some type of bank bag with the words "Westminister Bank" on it and some kind of serial number. I reached inside and pulled out what appeared to be a revolver, but, I was being shot at from one of the windows of the house and also from the back of the house. I shot towards the house and towards the back of it, they ran towards

the corner I got inside the jeep and reloaded and shot at fleeing suspects, striking four (4) of them. I then in a pnack fled to Johnston. Nearly a half-hour later, I decided to turn myself in to report the robbery, and, the shooting, but, I told my son to drive me back to Providence in which they thought I was being cr-azy. We got pulled over in Manton Avenue and was ordered at gun point to get out of the vehicle. I tried to explain it to the of-ficers, and, officer John Lough ordered me to put my hands up and to turn around, in which I did. He then tackled me to the ground with such force that we hit the floor and my right shoulder that something broke inside and, officer John Lough said shut the "F--k up", you just shot a bunch of people up there. He thought I was resisting the arrest and put his knee on the side of my he head with all his weight on it and pulled my right arm back so far that I felt all of the remaining tendons and ligaments snap. I was in tremendous pain all the way to the police station. I was able to say throughout my ordeal that for them to let my sons go, that, they had nothing to do with it, and to charge me with every thing they can think of, but, not to charge them (my sons) with anything. I was kept in cuffs for nearly three (3) hours. The de-tectives, as I know one of them to be the now deceased, Allen, Who tried to force me to write a statement, and I said, not without a lawyer. So he responded, that, that was the only way the cuffs would come off. I complained that I was in extreme pain. That I wanted to see a doctor. Brass came in at approximately 8:00 AM took the cuffs off and I was transported to the hospital. I was very upset by the treatment I received by the Providence Police Department of the City of Providence, Rhode Island. I became bel-

ligerant, I wrote a letter from my prison cell when my right arm got a little better, but, was set in a sling for about eight (8) months. In the letter I complained to the Providence Police Internal Affairs Division about officer John Lough, they never responded back to me. The subjects of this matter are the results of an irrationallistic department for which its characteristics is based on the terminological order that differentiates its purpose to be dignified by reasons of being offensive and brutal. With this said, my argument would be for the assault and battery, negligent infliction of emotional distress, pain and suffering, negligence, mental anguish, causing bodily injuries, depression and the police brtality they inflicted upon me. On the Date of 06-07-2004 I made bail and then I reported to the F.B.I. Special Agent Dustin Bowers the incident and also nine hundred and eighty dollors that I had in my carry-on bag which turned out missing when my mother came to Providence, Rhode Island from New York City to claim her jeep, she did not find the additional money I kept in the carry-on bag, Instead, she found my clothes thrown all over inside the jeep. Along with three (3), one hundred cartriges boxes of ammunition. Two (2) boxes belonging to a 9mm. Pistal and one (1) box belonging to a 44. caliber revolver all of which my brother Pedro Morrobel is a witness to. It apparently looked as if it was planted by the Providence Police towards a criminal matter. It was as if they were signaling me to do it again, or, as to make me look guilty as possible. I admitted guilt, I apoligized to the Judge, to the Prosecutor, and to the State and took responsibility for my actions. I do not intend on getting even or,

taking the laws into my own hands ever again. I'll call the police if this ever happens to me again, but, if its one thing their not is, above the law, not even them, not even me. No one. I have medical evidence to back my claim, and I'm scheduled for right shoulder surgery this month of March 2006.

## CLAIMS

That the actions of all the Defendant(s) violated the Plaintiff's First, Sixth, Eighth, and Fourteenth Amend Rights to the United States Constitution. Rights that protect the citizens of the United States and state of Rhode Island.

The Defendant(s) violated the Eighth Amendment of the United States Constitution by deliberate indifferebce, violent attacks, assault, and serious medical needs is actionable.

That the actions of Defendant(s) in the above facts stated in the above complaint, violated eighth amendment protection against cruel and unusual punishment.

## RELIEF

Wherefore, the Plaintiff request that this Honorable Court enter the following:

A. Issue Declaratory Relief against the named Defendant(s) stating that they did in fact violate the Plaintiff's right to be free of cruel and unusual punishment, mutiple hours spent confined in shackles. Defendant(s) did conspire to cover up the crime of assault etc., to cover up dereliction of duties.

B. Issue an injunction against the Defendant(s) ordering them to comply with the establish procedures and policy in incidents that involve security and safety. Defendant(s) are in dereliction of duties, submitted fabricated reports, and false interview statements, and have comited cruel and unusual punishment upon Plaintiff.

C. Grant Compensatory Damages in the amount of One Million Dollors ($ 1,000,000.00) for loss wages while confined, and the infraction of assault. Grant compensatory damages for all medical payments, the Plaintiff started being charge for due to injuries due to the assault.

D. Grant Punitive Damages in the amount of One Million Dollors ($ 1,000,000.00) against all the named Defendant(s).

E. Grant any and all other relief that the Plaintiff might be entitled to under the law.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 20th 2006

[signature]

Morrobel Canelo, B.D.,