Rhode Island Department of Corrections

Inmate Account History

ID#: 70972

Name: MOROBEL, BRAVLIO

Date of birth: 1964-03-26

Location: MED - CMODL - 24T

Balances as of 3/24/2006:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 86.87 | 0.00 | 8.89 | 95.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/21/2005 | <MEDICAL> | Payment for MEDICAL on 2005-10-07-10.56. | -1.94 | -3.14 | 0.00 | 0.00 |
| 10/21/2005 | CASH A GE | ANA MORENO | 100.00 | 96.86 | 0.00 | 0.00 |
| 10/25/2005 | EPR | OID:100477364-ComisaryPurch-Reg | -63.88 | 32.98 | 0.00 | 0.00 |
| 10/26/2005 | EPR | OID:100478726-ComisaryPurch-Reg | -30.69 | 2.29 | 0.00 | 0.00 |
| 10/28/2005 | <RESTITUTION> | MED/UTENSILS | -1.50 | 0.79 | -1.50 | 0.00 |
| 10/28/2005 | RESTITUTION | MED/UTENSILS | 1.50 | 0.79 | 0.00 | 0.00 |
| 10/28/2005 | RESTITUTION | MED/UTENSILS | 1.50 | 0.79 | 1.50 | 0.00 |
| 10/28/2005 | <RESTITUTION> | MED/UTENSILS | -0.79 | 0.00 | 0.71 | 0.00 |
| 10/29/2005 | ERF | OID:100477364-ComisaryRefund-Reg | 2.14 | 2.14 | 0.71 | 0.00 |
| 10/31/2005 | <MEDICAL> | DENT MED 10-19-2005 | -2.14 | 0.00 | -1.43 | 0.00 |
| 10/31/2005 | MEDICAL | DENT MED 10-19-2005 | 70.00 | 0.00 | 68.57 | 0.00 |
| 11/23/2005 | CASH A TELLER | ALTAGRACIA BAEZ | 15.00 | 15.00 | 68.57 | 0.00 |
| 11/23/2005 | <MEDICAL> | Payment for MEDICAL on 2005-10-31-09.57. | -7.50 | 7.50 | 61.07 | 0.00 |
| 11/23/2005 | <MEDICAL> | Payment for MEDICAL on 2005-10-31-09.57. | -50.00 | -42.50 | 11.07 | 0.00 |
| 11/23/2005 | CASH A TELLER | ANA MORENO | 100.00 | 57.50 | 11.07 | 0.00 |
| 11/29/2005 | EPR | OID:100488957-ComisaryPurch-Reg | -2.78 | 54.72 | 11.07 | 0.00 |
| 12/6/2005 | EPR | OID:100491987-ComisaryPurch-Reg | -54.30 | 0.42 | 11.07 | 0.00 |
| 12/13/2005 | CASH A GE | ANA MORENO | 100.00 | 100.42 | 11.07 | 0.00 |
| 12/13/2005 | <RESTITUTION> | Payment for RESTITUTION on 2005-10-28-12 | -0.71 | 99.71 | 10.36 | 0.00 |
| 12/13/2005 | <MEDICAL> | Payment for MEDICAL on 2005-10-31-09.57. | -10.36 | 89.35 | 0.00 | 0.00 |
| 12/14/2005 | CASH A GE | WILLIAM CHEVERE | 18.00 | 107.35 | 0.00 | 0.00 |
| 12/15/2005 | PAYROLL MED | PORTER | 0.50 | 107.72 | 0.00 | 0.13 |
| 12/18/2005 | EPR | OID:100497407-ComisaryPurch-Reg | -63.39 | 44.33 | 0.00 | 0.13 |
| 12/19/2005 | EPR | OID:100497931-ComisaryPurch-Reg | -35.00 | 9.33 | 0.00 | 0.13 |
| 12/27/2005 | <FURLOUGH FEE> | MEDFURL MED 11-18-2005 | -6.00 | 3.33 | -6.00 | 0.13 |
| 12/27/2005 | FURLOUGH FEE | MEDFURL MED 11-18-2005 | 6.00 | 3.33 | 0.00 | 0.13 |
| 12/29/2005 | <FURLOUGH FEE> | MEDFURL MED 12-08-2005 | -3.33 | 0.00 | -3.33 | 0.13 |
| 12/29/2005 | FURLOUGH FEE | MEDFURL MED 12-08-2005 | 6.00 | 0.00 | 2.67 | 0.13 |
| 12/30/2005 | FURLOUGH FEE | MEDFURL MED 12-21-2005 | 6.00 | 0.00 | 8.67 | 0.13 |
| 1/6/2006 | ERF | OID:100497931-ComisaryRefund-Reg | 35.00 | 35.00 | 8.67 | 0.13 |
| 1/11/2006 | <LEGAL COPY> | LEGAL COPIES MED 12/12/05 - 12/31/05 | -2.00 | 33.00 | 6.67 | 0.13 |
| 1/11/2006 | LEGAL COPY | LEGAL COPIES MED 12/12/05 - 12/31/05 | 2.00 | 33.00 | 8.67 | 0.13 |
| 1/13/2006 | <FURLOUGH FEE> | Payment for FURLOUGH FEE on 2005-12-30-0 | -0.08 | 32.92 | 8.59 | 0.13 |

Due to computer posting the 'Balances as of 3/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Account History

ID#: 70972

Name: MOROBEL, BRAVLIO

Date of birth: 1964-03-26

Location: MED - CMODL - 24T

| Balances as of 3/24/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 86.87 | 0.00 | 8.89 | 95.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/13/2006 | <FURLOUGH FEE> | Payment for FURLOUGH FEE on 2005-12-29-1 | -2.67 | 30.25 | 5.92 | 0.13 |
| 1/13/2006 | PAYROLL MED | PORTER | 5.50 | 34.37 | 5.92 | 1.51 |
| 1/17/2006 | EPR | OID:100505965-ComisaryPurch-Reg | -34.23 | 0.14 | 5.92 | 1.51 |
| 1/19/2006 | <FURLOUGH FEE> | Payment for FURLOUGH FEE on 2005-12-30-0 | -5.92 | -5.78 | 0.00 | 1.51 |
| 1/19/2006 | CASH A GE | ANA MORENO | 100.00 | 94.22 | 0.00 | 1.51 |
| 1/24/2006 | EPR | OID:100508821-ComisaryPurch-Reg | -63.65 | 30.57 | 0.00 | 1.51 |
| 1/25/2006 | EPR | OID:100510251-ComisaryPurch-Reg | -29.78 | 0.79 | 0.00 | 1.51 |
| 1/30/2006 | <LEGAL COPY> | LEGAL COPIES MED 1/1-1/16 | -0.10 | 0.69 | -0.10 | 1.51 |
| 1/30/2006 | LEGAL COPY | LEGAL COPIES MED 1/1-1/16 | 0.10 | 0.69 | 0.00 | 1.51 |
| 2/7/2006 | CASH A GE | ANA MORENO | 100.00 | 100.69 | 0.00 | 1.51 |
| 2/7/2006 | EPR | OID:100513016-ComisaryPurch-Reg | -0.69 | 100.00 | 0.00 | 1.51 |
| 2/8/2006 | EPR | OID:100514887-ComisaryPurch-Reg | -25.55 | 74.45 | 0.00 | 1.51 |
| 2/14/2006 | EPR | OID:100516286-ComisaryPurch-Reg | -64.27 | 10.18 | 0.00 | 1.51 |
| 2/14/2006 | <FURLOUGH FEE> | MEDFURL MED 01-17-2006 | -6.00 | 4.18 | -6.00 | 1.51 |
| 2/14/2006 | FURLOUGH FEE | MEDFURL MED 01-17-2006 | 6.00 | 4.18 | 0.00 | 1.51 |
| 2/15/2006 | EPR | OID:100517629-ComisaryPurch-Reg | -4.00 | 0.18 | 0.00 | 1.51 |
| 2/15/2006 | PAYROLL MED | PORTER | 15.50 | 11.80 | 0.00 | 5.39 |
| 2/15/2006 | <MEDICAL> | MEDS MED 02-03-2006 | -3.00 | 8.80 | -3.00 | 5.39 |
| 2/15/2006 | MEDICAL | MEDS MED 02-03-2006 | 3.00 | 8.80 | 0.00 | 5.39 |
| 2/17/2006 | CHECK TRANSFER | KOSS CORP/BRAVLIO MOROBEL 70972 | -6.00 | 2.80 | 0.00 | 5.39 |
| 2/28/2006 | <LEGAL COPY> | LEGAL COPIES MED 01-31-02-13 | -0.60 | 2.20 | -0.60 | 5.39 |
| 2/28/2006 | LEGAL COPY | LEGAL COPIES MED 01-31-02-13 | 0.60 | 2.20 | 0.00 | 5.39 |
| 3/1/2006 | <POSTAGE> | POSTAGE | -1.59 | 0.61 | -1.59 | 5.39 |
| 3/1/2006 | POSTAGE | POSTAGE | 1.59 | 0.61 | 0.00 | 5.39 |
| 3/7/2006 | EPR | OID:100523325-ComisaryPurch-Reg | -0.56 | 0.05 | 0.00 | 5.39 |
| 3/7/2006 | CASH A LO | MAIL ANA MORENO | 100.00 | 100.05 | 0.00 | 5.39 |
| 3/8/2006 | EPR | OID:100525018-ComisaryPurch-Reg | -54.69 | 45.36 | 0.00 | 5.39 |
| 3/14/2006 | EPR | OID:100526338-ComisaryPurch-Reg | -44.70 | 0.66 | 0.00 | 5.39 |
| 3/14/2006 | PAYROLL MED | PORTER | 14.00 | 11.16 | 0.00 | 8.89 |
| 3/15/2006 | EPR | OID:100527239-ComisaryPurch-Reg | -10.24 | 0.92 | 0.00 | 8.89 |
| 3/17/2006 | <LEGAL COPY> | LEGAL COPIES 02/14-02/27 MED | -0.92 | 0.00 | -0.92 | 8.89 |
| 3/17/2006 | LEGAL COPY | LEGAL COPIES 02/14-02/27 MED | 2.05 | 0.00 | 1.13 | 8.89 |
| 3/20/2006 | FURLOUGH FEE | MEDFURL MED 02-13-2006 | 6.00 | 0.00 | 7.13 | 8.89 |

Due to computer posting the 'Balances as of 3/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Account History

ID#: 70972

Name: MOROBEL, BRAVLIO

Date of birth: 1964-03-26

Location: MED - CMODL - 24T

Balances as of 3/24/2006:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 86.87 | 0.00 | 8.89 | 95.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/20/2006 | FURLOUGH FEE | MEDFURL MED 02-22-2006 | 6.00 | 0.00 | 13.13 | 8.89 |
| 3/24/2006 | CASH A GE | ANA MORENO | 100.00 | 100.00 | 13.13 | 8.89 |
| 3/24/2006 | <FURLOUGH FEE> | Payment for FURLOUGH FEE on 2006-03-20-0 | -6.00 | 94.00 | 7.13 | 8.89 |
| 3/24/2006 | <FURLOUGH FEE> | Payment for FURLOUGH FEE on 2006-03-20-0 | -6.00 | 88.00 | 1.13 | 8.89 |
| 3/24/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-03-17-14. | -1.13 | 86.87 | 0.00 | 8.89 |

Due to computer posting the 'Balances as of 3/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.