AO 240 (Rev. Case 1:06-cv-00147-T-DLM Document 2-1 Filed 03/31/2006 P RECEIVED

# United States District Court

DISTRICT OF APR 03 2006

Plaintiff
MORROBEL CANELO, B.D., PRO SE.

V.

PROVIDENCE POLICE DEPARTEMENT, ET AL.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

[redacted] 06 147T

I, Morrobel Canelo, B.D., Pro Se declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration R.I. Dept. of Corrections

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Jail/prison porter $.50 a day.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
Ernest C. Torres, Chief Judge
Date: 3/31/06

GRANTED.
David L. Martin 4-3-06
DAVID L. MARTIN, USMJ