UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| U.S.DiSTRICT COURT | * | Rhode Island Federal Court |
| MORROBEL CANELO, B.D., | * | |
| Vs. | * | Case No. 06-147T |
| PROVIDENCE POLICE DEPARTMENT, | * | |
| ET AL. | * | |

**MOTION TO APPOINT COUNSEL**

Now comes the Defendant, Morrobel Canelo, B.D., in the above entitled matter and moves this Honorable Court for appointment of Counsel pursuant to USCS § 3006A, (2), (B), and under the sixth Amendment of the United States COnstitution. In support of such motion he avers the following.

(1) He is currently incarcerated at the Adult Correctional Institution.

(2) He is indigent and therefore cannot afford to retain Private counsel.

(3) He is presently without benefit of counsel in the above entitled matter.

(4) 18 USCS 3006A, (2),(B), of the Federal codes procedure provide for the appointment of counsel under these circumstances.

Respectfully submitted,

[signature]

**Morrobel Canelo, B.D.** , Pro Se ,
P.O. Box 8274
Cranston, Rhode Island 02920

**CERTIFICATION**

I hereby certify that on this the 7 day of April **2006.** I caused a true copy of this Motion to be mailed by US mail to; The office of the Rhode Island Attorney General at 150 South Main Street. Providence, Rhode Island 02903.

[signature]
Pro Se