UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORROBEL CANELO, B.D., Plaintiff, | : | |
| v. | : | CA 06-147 T |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

**AMENDED ORDER**
**GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Morrobel Canelo ("Plaintiff") filed a Complaint (Document ("Doc.") #1) on March 31, 2006, seeking relief pursuant to 42 U.S.C. § 1983. He requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) and filed an affidavit making the required showing pursuant to § 1915(a). See Application to Proceed without Prepayment of Fees and Affidavit (Doc. #2) ("Application"). The Application was granted by the Court on April 3, 2006. See Doc. #3.

Plaintiff, however, is still required to pay the statutory filing fee for this action, which was $250.00 at the time the action was filed.[1] Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), a prisoner seeking to file in forma pauperis must pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his petition. Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his account.

The court has received a summary of Plaintiff's prisoner trust account from the Rhode Island Department of Corrections,

[1] Pursuant to the Deficit Reduction Act of 2005, Pub. L. No. 109-171, enacted on February 8, 2006, the filing fee increased to $350.00 for civil actions filed on or after April 9, 2006.

Adult Correctional Institutions ("ACI") for the period of October 21, 2005, through March 24, 2006, and a certificate from an authorized officer at the ACI dated March 24, 2006. The summary demonstrates that Plaintiff received deposits to his account averaging $86.08 a month for the six-month period prior to the filing of this action. The officer certified that Plaintiff maintained an average monthly balance of $10.49 in said account during the same period.

**Therefore, Plaintiff is required to pay an initial filing fee of $17.22, twenty percent (20%) of the average monthly deposits to his prisoner trust account. The ACI located in Cranston, Rhode Island, is charged with making further monthly payments pursuant to the Act until the filing fee of $250.00 is paid in full.**

These payments shall be collected and forwarded by the ACI to the Clerk of the Court each time the amount in Plaintiff's prisoner trust account exceeds $10.00, until the entire filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

ENTER:

BY ORDER:

DAVID L. MARTIN
United States Magistrate Judge
April 27, 2006

Deputy Clerk