UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRAULIO D. MORROBEL CANELO,
Plaintiff

v. C.R. No. 06-147T

STATE OF RHODE ISLAND, et al.,
Defendants

**ORDER OF DISMISSAL**

On July 10th, 2007 this Court issued a Show Cause Order as to why the instant matter should not be dismissed for failure to pay the filing fee as directed in an Order entered on April 27th, 2006. Having shown no good cause why the case should not be dismissed, the matter is hereby dismissed for failure to comply and for the reasons stated in this Court's Show Cause Order dated July 10th, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 10/16/07